# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-2408-DSF (SP) | Date | May 3, 2018 |
|---|---|---|---|
| Title | JOSHUA STOLL v. RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause re Dismissal for Failure to Pay Initial Partial Filing Fee**

On December 15, 2017, plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the initial partial filing fee in the amount of $5.61 within 30 days to the Clerk of Court.

On February 1, 2018, plaintiff requested a 30-day extension to pay his initial filing fee. The court granted this motion, and ordered plaintiff to pay the initial partial filing fee on or before February 28, 2018.

As of this date, plaintiff has not paid this fee and has thus failed to comply with 28 U.S.C. § 1915(b)(1). Plaintiff is hereby ordered to show cause why this action should not be dismissed without prejudice for his failure to timely pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than 21 days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the initial partial filing fee is received within the 21-day period, no further response to this Order to Show Cause is necessary.