JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA STOLL, | ) Case No. ED CV 17-2408-DSF (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al., | ) |
| Defendants. | ) |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

        8/21/18

Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE